IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3053 |
| v. | ) | |
| | ) | |
| CHAD E. GILLISPIE, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

   IT IS ORDERED:

   Defendant's unopposed motion for time, filing 12, is granted in part and the deadline for filing pretrial motions is extended to May 8, 2006.

   DATED this 24th day of April, 2006.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge