```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   4:06CR3053 |
|     v. | ) |
| | ) |
| CHAD E. GILLISPIE, | )    ORDER |
| | ) |
|     Defendant. | |

IT IS ORDERED:

1. An evidentiary hearing on defendant Gillispie's motion to suppress evidence, filing 16, will be held before the undersigned on May 23, 2006 beginning at 1:30 p.m. in Courtroom #2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The court has set aside two hours for this hearing.

2. The defendant, defendant's counsel, and counsel for the government shall be present at this hearing.

3. Pursuant to NECrimR 12.5, copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least twenty-four (24) hours before the hearing and, at the outset of the hearing, to the extent reasonably possible, the parties shall provide the undersigned and the courtroom deputy with a written list of all witnesses the parties expect to call.

4. As to all defendants, the trial of this case is continued until further order of the court following resolution of outstanding motions.

Dated May 9, 2006

                                        BY THE COURT

                                        s/ *David L. Piester*

                                        David L. Piester
                                        United States Magistrate Judge