IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3053 |
| | ) | |
| v. | ) | |
| | ) | |
| CHAD E. GILLISPIE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The joint oral motion of the parties to continue the suppression hearing in this case, currently scheduled for May 23, 2006, is granted, and

IT IS ORDERED:

1. The evidentiary hearing on defendant's motion to suppress evidence, filing 16, is continued and will be held before the undersigned on July 7, 2006 at 1:30 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. The court has set aside two hours for this hearing. The defendant, defendant's counsel, and counsel for the government shall be present at this hearing.

2. The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendants in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between May 23, 2006 and July 7, 2006 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the defendant is seeking in-patient treatment, the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 22nd day of May, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge