IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3053 |
| | ) | |
| v. | ) | |
| | ) | |
| CHAD E. GILLISPIE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has orally moved to withdraw his motion to suppress, filing 16.  He further orally moves to enter a change of plea and requests for a change of plea hearing before the undersigned.  The government does not oppose these motions.

IT THEREFORE HEREBY IS ORDERED:

1.   Defendant's motion to suppress, filing 41, is deemed withdrawn and the suppression hearing scheduled for July 7, 2006 at 1:30 p.m. is cancelled.

2.   Defendant's change of plea hearing is scheduled before the undersigned on August 11, 2006 at 1:30 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska.

3.   This Court further finds that under the circumstances presented, the defendant and government need additional time to adequately prepare and for the plea hearing. Accordingly, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act.  See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

DATED this 6th day of July, 2006.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge