IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,    )        4:06CR3053
                  )
          Plaintiff,      )
                  )
      vs.            )
                  )        **ORDER**
CHAD E. GILLISPIE,      )
                  )
         Defendant.    )

On the joint oral motion of the parties,

IT IS ORDERED that Defendant Gillispie's evidentiary hearing and sentencing are rescheduled to Thursday, November 9, 2006, from 12:00 to 1:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

October 17, 2006.               BY THE COURT:

                                   s/ *Richard G. Kopf*
                                 United States District Judge