IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3053 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CHAD E. GILLISPIE, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's unopposed motion to modify conditions of release (filing 72) is granted. The defendant may reside at 5801 Madison Avenue, Lincoln, Nebraska, until he is required to self-surrender to serve his sentence. The defendant shall continue to abide by all conditions of his supervised release.

    February 6, 2007.                                  BY THE COURT:

                                                              s/ *Richard G. Kopf*
                                                              United States District Judge